UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
JEROME T. CISSON,

                     Plaintiff,

vs                                8:09-CV-261

TODD CARVILL, Oneida County Prosecutor;
PETER PALADINO, Utica Police Officer; and
CITY OF UTICA,

                     Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                               OF COUNSEL:

JEROME T. CISSON
Plaintiff, Pro Se
008-B-3744
Bare Hill Correctional Facility
181 Brand Road
Caller Box 20
Malone, New York 12953

GORMAN, WASZKIEWICZ, GORMAN & SCHMITT
Attorneys for Defendant Carville        BARTLE J. GORMAN, ESQ.
1508 Genesee Street
Utica, New York 13502

OFFICE OF CORPORATION COUNSEL      JOHN P. ORILIO, ESQ.
Attorney for Defendants Paladino and City    Asst. Corporation Counsel
City Hall, Kennedy Plaza
Utica, New York 13502

DAVID N. HURD
United States District Judge

## ORDER

Plaintiff's motion for reconsideration or leave to amend the complaint (Docket No. 44) is DENIED.

      IT IS SO ORDERED.

Dated: January 14, 2010
       Utica, New York.